| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:11CR00140-005 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 3:12-00122-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Carr W. Johnson III 413 Andrew Drive Clarksville, TN 37042 | DISTRICT NORTHERN DISTRICT OF OHIO | DIVISION Northern District of Ohio, Cleveland |
|---|---|---|
| | NAME OF SENTENCING JUDGE Patricia Gaughan | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/15/2011    TO 12/14/2014 |

OFFENSE

18 U.S.C. § 1344 - Bank Fraud, a Class B felony.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF OHIO</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____3-15-12_____           _____[signature]_____
Date                                                                                                                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Middle District of Tennessee

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____2/6/12_____           _____Todd Campbell_____
Effective Date                                                                               United States District Judge